UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

                                    Chapter 7

Glenn R. Tobey                     Case No.: 6:08-bk-01093-KSJ

        Debtor(s).
_____/

## NOTICE OF DEATH

Debtor, Glenn R. Tobey, died on May 16, 2013.

                                      /s/ David R. McFarlin
                                      David R. McFarlin
                                      Florida Bar No. 328855
                                      Wolff, Hill, McFarlin & Herron, PA
                                      1851 West Colonial Drive
                                      Orlando, FL 32804
                                      Telephone (407) 648-0058
                                      Facsimile (407) 648-0681
                                      dmcfarlin@whmh.com

                                      Attorneys for Debtor